# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VIRGIL LERNARD JENKINS,

    Plaintiff,

v.

HAROLD DRUMMOND; SCMPD
TRAP UNIT; SCMPD; SCMPD
INTERIM CHIEF WILLIE LOVETT;
MAYOR OTIS JOHNSON,

    Defendants.

Case No. CV410-008

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29th day of April, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA