# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| VIRGIL LERNARD JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-008 |
| | ) |
| HAROLD DRUMMOND, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On April 29, 2010, the Court dismissed several defendants from this action. (Doc. 14.) The docket reflects that a service copy of the order was mailed to Jenkins at the Chatham County Detention Center on the same day. The order was returned as undeliverable on May 10, 2010, with a notation stating that he is no longer at that address. (Doc. 15.)

Plaintiff has neglected to provide the Court with a current mailing address. Local Rule 11.1 places a continuing duty on pro se litigants to keep the Court apprised of their current address. Without a litigant's current mailing address, the Court cannot move the case forward or even

communicate with plaintiff.[1]

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused from any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED** this 25th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA

---

[1] As court policy does not allow pro se litigants to utilize electronic filing, such litigants may only be served by mail. Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means § III(B), available at http://www.gasd.uscourts.gov/pdf/EcfProcedures.pdf (last visited May 25, 2010).